**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Tolua Sulu UMALEAVA, Defendant— Appellant.**

**No. 03–10290.**

United States Court of Appeals, Ninth Circuit.

Submitted May 10, 2004.*

Decided May 18, 2004.

Thomas J. Brady, AUSA, U.S. Attorney's Office, Honolulu, HI, for Plaintiff–Appellee.

Deanna Dotson, Esq., Kapolei, HI, for Defendant–Appellant.

Before: CANBY, KOZINSKI and PAEZ, Circuit Judges.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Tolua Sulu Umaleava appeals his guilty-plea conviction and 132–month sentence for conspiracy to possess with intent to distribute methamphetamine in violation of 21 U.S.C. §§ 841(a)(1); 846.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Umaleava has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. No supplemental pro se brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED**.

**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Fernando ZENDEJAS–GAZCON, Defendant—Appellant.**

**No. 03–10196.**

United States Court of Appeals, Ninth Circuit.

---

** This disposition is not appropriate for publication and may not be cited to or by the

Submitted May 10, 2004.*

Decided May 18, 2004.

Eric J. Markovich, Esq., Office of the U.S. Attorney, Evo A. DeConcini, Tucson, AZ, for Plaintiff–Appellee.

Alfred Islas, Esq., Tucson, AZ, for Defendant–Appellant.

Before: CANBY, KOZINSKI, and PAEZ, Circuit Judges.

MEMORANDUM **

Fernando Zendejas–Gazcon appeals his sentence imposed after his guilty plea to illegal reentry after deportation in violation of 8 U.S.C. § 1326(a). Zendejas–Gazcon contends that the presentence report had incomplete information on his prior conviction thereby preventing a downward departure under U.S.S.G. § 5K2.17.

Zendejas–Gazcon agreed, as part of a negotiated plea agreement, to waive his right to appeal his sentence. Such waivers will be enforced if "knowingly and voluntarily made." *See United States v. Martinez*, 143 F.3d 1266, 1271 (9th Cir.1998). The record indicates that the district court questioned Zendejas–Gazcon to ensure that he understood his rights and that his waiver was both voluntary and informed. Accordingly, we lack jurisdiction to review Zendejas–Gazcon's sentence. *See United States v. Vences*, 169 F.3d 611, 613 (9th Cir.1999) (noting that effective waiver of

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

appeal deprives appellate court of jurisdiction).

**DISMISSED.**

**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Robert MORRISON, Defendant—
Appellant.**

**No. 03–10147.**

United States Court of Appeals,
Ninth Circuit.

Submitted May 10, 2004.*

Decided May 18, 2004.

Peter S. Sexton, Esq., Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).